UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JEFFREY SCOTT BROWN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO.  3:04-CV-256 RM |
| v. ) | |
| ) | |
| JOHN BARNES, *et al.*, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

Jeffrey Scott Brown, without the assistance of counsel, filed a motion asking to proceed *pro se* "in any appeals allowed and any motions that may be presented to further the process of seeking a jury trial". Judgement was entered in this case on August 5, 2005 and the time for filing a notice of appeal has passed. This case was closed when summary judgment was granted for the defendants. The plaintiff, by counsel, filed a response to the defendants' summary judgment motion in an attempt to obtain a jury trial, but the defendants prevailed and the case is closed. Since this case was resolved by motions for legal reasons, there are no relevant disputed facts for a jury to resolve. Therefore, there will be no jury trial in this case. Nevertheless, even though this case is closed and the time for an appeal has passed, if Mr. Brown wishes to terminate his attorney, he may do so. For the forgoing reasons the motion (docket # 82) is **GRANTED** and the clerk is **DIRECTED** to note on the docket that the plaintiff is proceeding *pro se*.

SO ORDERED.

ENTERED: October 24 , 2005

                                                                                                                        /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court